# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**EUGENE ISSAC PITTS**
**ADC #73537**                                                                                    **PLAINTIFF**

**V.**            **CASE NO. 4:10CV01799 SWW**

**LARRY JEGLEY, et al.**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 21st day of April 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE